# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| MELISSA PICI, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No.: 4:19-cv-2306-RBH-TER <br> ) |
| CIRCLE K.STORES, INC., dba CIRCLE K-COASTAL CAROLINA, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## PROTECTIVE ORDER PURSUANT TO RULE 502(d)

Presently before the Court is the Parties' Joint Motion for Entry of Protective Order Pursuant to Rule 502(d) of the Federal Rules of Evidence. Having carefully considered the Parties' Motion, the request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED.**

                                                            s/Thomas E. Rogers, III
                                                            Thomas E. Rogers, III
                                                            UNITED STATES MAGISTRATE JUDGE

March 13, 2020
Florence, South Carolina